**VAN–126** Order for Refund of Unclaimed Funds – Rev. 07/25/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

IN RE:
Harold Mosley
  ( debtor has no known aliases )
5712 CONTINENTAL WAY
RALEIGH, NC 27610

CASE NO.: 00–01489–5–SWH

DATE FILED: July 11, 2000

CHAPTER: 13

Bridgett D Mosley
  ( debtor has no known aliases )
5712 CONTINENTAL WAY
RALEIGH, NC 27610

ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $1,096.15 constituting unclaimed funds is declared due to American Honda Motor Co., Inc., 1919 Torrance Blvd. Torrance, CA 90501 by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: August 17, 2010

Stephani W. Humrickhouse
United States Bankruptcy Judge